UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50302 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-03166-JLS-1 |
| v. | Southern District of California, San Diego |
| REBECCA IRENE BRENES, | ORDER |
| Defendant - Appellant. | |

Before: CLIFTON, CALLAHAN, and IKUTA, Circuit Judges.

The memorandum disposition filed March 31, 2016, is amended as follows:

On page 4, 9th line from the bottom, replace the sentence:

> Under that standard, Brenes cannot show that the district court's error had "a substantial impact on the jury's deliberation."

with:

> Under that standard the district court's error did not have a "substantial impact on the jury's deliberation."

With the foregoing amendment to the memorandum disposition, Defendant-Appellant's petition for panel rehearing and for rehearing en banc are DENIED.

No further petitions for rehearing will be accepted in this case.